IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TATIANA J. COOK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:26-cv-00042-S (BT) |
| | § | |
| JOHN DOES 1-10, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On January 9, 2026, Plaintiff Tatiana J. Cook filed this *pro se* civil action against 10 unknown defendants for alleged copyright infringement. *See generally* Compl. (ECF No. 3). The undersigned Magistrate Judge subsequently recommended that the Court dismiss this action for lack of personal jurisdiction, as the Federal Rules of Civil Procedure do not provide any authority for the joining of fictitious defendants. FCR at 1–2 (ECF No. 6). On January 22, 2026, Cook filed an Objection to this recommendation (ECF No. 7) and First Amended Complaint (ECF No. 8) in which she identifies three defendants: Khami Parrish, Keiana Parrish, and Jamar Winston. Obj. at 1; Am. Compl. at 1. However, Cook is unaware of where Defendants reside. Am. Compl. ¶ 9.

Accordingly, the Court **ORDERS** as follows:

- The Magistrate Judge's Findings, Conclusions, and Recommendation (ECF No. 6) are hereby **VACATED**;

- Cook's Motion for Leave to Proceed *in forma pauperis* (IFP) (ECF No. 4) is **GRANTED**;

- Federal Rule of Civil Procedure 4(c)(3) provides that where a plaintiff is allowed to proceed IFP, the Court must order service be made by a United States Marshal or deputy marshal or by a person specially appointed. However, because Cook has not provided an address for service of process for Defendants, summonses cannot be issued. Therefore, **within 30 days from the date of this order, Plaintiff must file a notice setting forth the addresses where Defendants may be served**. The Clerk of Court shall then issue summonses for these defendants and deliver the summonses and copies of the complaint to the United States Marshal.

- Within 30 days of the date the summonses are issued, the United States Marshal shall serve Defendants in accordance with Fed. R. Civ. P. 4 and file proof of service in accordance with Fed. R. Civ. P. 4(l).

**SO ORDERED.**

February 9, 2026.

REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

2